Order issued: October *17* , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01378-CV

**MICHAEL COYNE, Appellant**

**V.**

**ALLSTATE INSURANCE CO., ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-06609-B**

## ORDER

We **GRANT** appellant's October 2, 2012 motion for an extension of time to file a reply brief.

We **ORDER** the reply brief tendered to this Court by appellant on October 2, 2012 filed as of the

date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE